IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-11101
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

KENDALL ALLEN HADLEY,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:97-CR-58-2-A
- - - - - - - - - -
June 16, 1998
Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Kendall Allen Hadley appeals his sentence, contending that
the district court erred by increasing his offense level pursuant
to U.S.S.G. § 2D1.1(b)(1) for possession of a dangerous weapon in
connection with a drug-trafficking offense.  Hadley contends that
the Government did not establish a sufficient nexus between the
revolver and the drugs to warrant the increase.

    The Government established a sufficient temporal and spatial
relationship among the weapon, the drug-trafficking activity, and

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Hadley.  U.S.S.G. § 2D1.1(b)(1), comment. (n.3); *United States v. Mitchell*, 31 F.3d 271, 277 (5th Cir. 1994).  The presentence investigation report and the factual resume indicate that the revolver in question was found in the same general location where Hadley had conducted a sale of amphetamine four days prior to the seizure of the revolver, a scale, and some amphetamine.  Hadley presented nothing to rebut this evidence.  The district court did not clearly err.  Hadley's sentence is AFFIRMED.

AFFIRMED.